# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DHD TRUCKING LLC, <br><br> Defendant. <br><br><br> LYDIG CONSTRUCTION, INC., <br><br> Garnishee. | Cause No. MC22-0072RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, DHD Trucking LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Lydig Construction, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-1) submitted by plaintiffs' counsel on September 12, 2022.

Dated this 14th day of September, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1